# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN NAUGLE, | : | No. 4:17-CV-00237 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| SUSQUEHANNA UNIVERSITY, JAY LEMMONS, KATHERINE FURLONG, JENNIFER BUCHER, CINDY WHITMOYER | : | |
| Defendants. | : | |

## <u>ORDER</u>

**AND NOW**, this 23rd day of January 2018, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss Counts I, III, and part of Count IV of Plaintiff's Second Amended Complaint (ECF No. 19) is **GRANTED**.

    a. Count I—gender discrimination under Title VII of the Civil Rights Act of 1964—is dismissed with prejudice.

    b. Count III—gender discrimination under the PHRA—and Count IV—to the extent alleged against Defendants Lemmons and Bucher—are dismissed without prejudice.

2. The Defendants shall file an Answer to Plaintiff's Second Amended Complaint, ECF No. 15, on or before February 13, 2018.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge